Attachment 2 - EEOC Complaint Form

FILED
22 DEC 27 AM [illegible]
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____ DIVISION

_Jacqueline E. Miller_

_____
(Name of plaintiff or plaintiffs)

v.

_Applied Materials_

_____
(Name of defendant or defendants)

Civil Action Number: 1:22CV01370 LY

(Supplied by Clerk's Office)

**COMPLAINT**

1. This action is brought by _Jacqueline E. Miller_, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[ ✓ ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)  Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ✓ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ✓ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ✓ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[   ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant _Applied Materials_ (Defendant's name) lives at, or its business is located at _9700 E. Highway 290_ (street address), _Austin_ (city), _Texas_ (state), _78724_ (zip).

28

Rev. Ed. October 26, 2017

3a.  Plaintiff sought employment from the defendant or was employed by the defendant at __9700 E. Highway 290__ (street address), (city), __Austin__ (state), __Texas__ (zip). __78724__

3b.  At all relevant times of claim of discrimination, Defendant employed __over 1000__ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had __N/A__ (#) members.

4.  Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about __Feb.__ (month) __22__ (day) __2021__ (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: __2019-2021__

5.  Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about __August__ (month) __5th__ (day) __2021__ (year). (Not applicable to federal civil service employees).

6a.  The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) __Dec.__ __7th__ (day) __2022__ (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**   PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b.  Please indicate below if the E.E.O.C issued a **Determination** in your case:

   [✓] Yes
   [ ] No

**VERY IMPORTANT NOTE:**   IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7.  Because of plaintiff's:

   **(Please select the applicable allegation(s))**

   [✓] Race (If applicable, state race) __African American__
   [✓] Color (If applicable, state color) __Black__

[✓] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[✓] Religion (If applicable, state religion) __Baptist__
[✓] National Origin (If applicable, state national origin) __African American__
[✓] Age (If applicable, state date of birth) __Sept 8th, 1970__
[✓] Disability (If applicable, state disability) __PTSD__
[✓] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) __Termination__

The defendant: **(please select all that apply)**

[✓] failed to employ plaintiff.

[✓] terminated plaintiff's employment.

[✓] failed to promote plaintiff.

[✓] harassed plaintiff.

[✓] other (specify) __Unpaid wages__

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:** INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

Please see attatchment →

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony: Damion Bridget, Bridget Wilson, Mario Carvajal, Aquarius Morales, Farhad Ahman, Gina Davis, Ted King, Randy Gonzales, Paul Marshall, Alexis Gutierrez, Victoria Ferguson, Nancy Ponze, Vanessa

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove: Text messages and Emails from Defendants employees

30

Rev. Ed. October 26, 2017

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

   [ ] still being committed by defendant.
   [✓] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[✓] Defendant be directed to employ plaintiff.

[✓] Defendant be directed to re-employ plaintiff.

[✓] Defendant be directed to promote plaintiff.

[✓] Defendant be directed to _Jacqueline E. Miller_
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_12-27-22_
Date

_[signature]_
Signature of Plaintiff

_602 Point Run Dr._
Address of Plaintiff

_Pflugerville_     _TX_      _78660_
City              State      Zip Code

Telephone Number(s)

31

Rev. Ed. October 26, 2017

Attachment 3 - EEOC Checklist

# EEOC SUIT CHECKLIST

The following items are essential for processing your case. Please use this checklist to make sure you have included all necessary items which are applicable to your claim.

[✓]   Did you fill out the complaint form **legibly and completely**?

[✓]   Did you attach one copy of the Right to Sue Letter from the E.E.O.C. and the envelope in which it was received to your complaint? (Not applicable to ADEA and EPA claims or federal civil service employees).

[✓]   If a determination was made by the E.E.O.C. in your case, did you attach one copy of that determination to your complaint?

[✓]   Did you attempt to contact any attorneys? Did you utilize the reference lists provided at the end of the complaint package in your attempt to retain an attorney?

[✓]   If you are not being represented by an attorney and want to be represented by a court appointed attorney, did you complete the Request for Appointment of Counsel form?

[✓]   Did you complete the Application to Proceed In Forma Pauperis Form? (Applicable to those who wish to have appointed counsel and/or those who wish to represent themselves but cannot afford filing and service of process fees).

[ ]   Did you complete the USM-285 and summons forms for each defendant? (These forms are for service of process).

[✓]   Did you file with the court the original and one copy of the above forms which are applicable to your case?

[✓]   Did you provide corresponding additional copies of your complaint and right to sue letter for each of the defendants you are suing? (Copies are needed for service of process).

[✓]   Did you pay the required filing fee? (Not applicable to those applying to proceed in forma pauperis). **Note:** The court may either grant or deny the Application to Proceed In Forma Pauperis. If the court denies the application, you must pay the filing fee and the service of process costs or your complaint will not proceed through the court.

It is very important that you print legibly throughout these forms so that the judge reviewing your case can read your claim and make proper decisions concerning your claim. If writing space is insufficient for complete answers on any question, you may attach additional pages.